IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MICHAEL PAUL CASTRILLO )
)
PLAINTIFF )
)                    CIVIL ACTION NO. 09-4369
V. )                    JUDGE:
)                    MAGISTRATE: SECT. R MAG. 3
AMERICAN HOME MORTGAGE )
SERVICING, INC., WELLS FARGO BANK, )
N. A. AS TRUSTEE FOR CITIGROUP )
MORTGAGE LOAN TRUST INC., )
ASSET-BACKED PASS-THROUGH )
CERTIFICATES, SERIES 2005-OPT4 )
)
DEFENDANTS )

## NOTICE OF REMOVAL

Defendants American Home Mortgage Servicing, Inc. and Wells Fargo Bank, N.A. by and through counsel, hereby give notice of the removal of this action from the Civil District Court for the Parish of Orleans, State of Louisiana to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, defendants state as follows:

1. This action was originally commenced by plaintiff Michael Paul Castrillo on March 3, 2009 through the filing of a Petition in the Civil District Court for the Parish of Orleans, State of Louisiana styled *Michael Paul Castrillo v. American Home Mortgage Servicing, Inc., Wells Fargo Bank, N.A. as Trustee for Citigroup Mortgage Loan Trust, Inc., Asset-Backed Pass-Through Certificates, Series 2005-OPT4* being Civil Action No. 09-2269. Plaintiff supplemented his original petition on or about March 9, 2009, March 11, 2009 and April 24, 2009.

2867541.1/00000.00000

2. The United States District Court for the Eastern District of Louisiana is the court and division embracing the place wherein such action is pending in state court.

3. This removal is effected and has been timely filed within thirty (30) days of the removing defendants being served with process on June 30, 2009.

4. This Court has jurisdiction over this matter and it is properly removed to this Court pursuant to U.S.C. §§ 1331 and 1441.

5. This case may be removed to this Court based on 28 U.S.C. §§ 1331 and 1441. Plaintiff seeks recovery based, in part, upon defendants' alleged violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq. as well as the Truth in Lending Act, 15 U.S.C. § 1601, et seq., the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, et seq. and the National Housing Act, 12 U.S.C. § 1701, et seq.

6. The resolution of plaintiffs' claims necessarily requires an interpretation of substantial federal issues.

7. Pursuant to 28 U.S.C. § 1446(d), plaintiff is being provided with a copy of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana.

8. A copy of all pleadings previously filed in the state court action and/or all process, pleadings and orders served on the removing defendants is attached hereto as Exhibit "A."

9. Consistent with the provisions of 28 U.S.C. § 1446(d), no further proceedings shall be had in this matter in the Civil District Court for the Parish of Orleans.

Respectfully submitted, this 10th day of July, 2009.

SUSAN FAHEY DESMOND, T.A.
Louisiana Bar Roll No. 25380
WATKINS LUDLAM WINTER & STENNIS, P.A.
P. O. Box 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
sdesmond@watkinsludlam.com

Counsel for American Home Mortgage Servicing, Inc. and Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all parties and counsel of record by depositing same in the U. S. Mail postage prepaid to:

Mr. Michael Paul Castrillo
814 Alvar Street
New Orleans, Louisiana 70117

this 10th day of July, 2009.

Susan Fahey Desmond

2867541.1/00000.00000