U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 1 3 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-31123

CV09-4369-R

MICHAEL PAUL CASTRILLO,

    Plaintiff - Appellant

v.

AMERICAN HOME MORTGAGE SERVICING, INC.; WELLS FARGO BANK, N.A., as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-OPT4,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of April 11, 2011, for want of prosecution. The appellant failed to timely pay docketing fee.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
Sabrina M. Hains, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                Deputy
New Orleans, Louisiana

DIS2

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 11, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-31123, Michael Castrillo v. American Home Mtge
    Servicing, et al
    USDC No. 2:09-CV-4369

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Sabrina M. Hains, Deputy Clerk
                      504-310-7695

cc w/encl:
    Mr. Michael Paul Castrillo
    Ms. Susan Fahey Desmond

MDT-1